UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

In Re: Richard and Jennifer Cutter
Case No. 19-10492-PGC
Chapter 13
Debtors

FILED
2021 FEB 26 PM 12: 49
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

## TRUSTEE'S AFFIDAVIT OF UNCLAIMED FUNDS

I, LAWRENCE P. SUMSKI, Chapter 13 Trustee, being duly sworn, do solemnly swear on my oath and say:

1. That certain disbursements authorized by the Court have been unable to be consummated in the above-cited Chapter 13 case, and the case is otherwise ready to be closed.

2. That pursuant to § 347(a) and Rule 3011 I have now cancelled a disbursement check, to wit:

Check #7982
Issued on: 12/1/2020
Issued to: Richard and Jennifer Cutter
19 Blake Mountain Road
Thornton, NH 03285
In the amount of $5,019.50

3. That the original, now cancelled check was sent to the debtors via their attorney, Brad Davis at 780 Central Street, Franklin, NH 03235 with a copy of the correspondence being sent contemporaneously to the debtors at the address listed above.

4. That attached is my replacement check number 7996 in the amount of $5,019.50, payable to the Clerk of Court, and these should be considered unclaimed funds.

I hereby certify the above-cited information to be true to the best of my knowledge.

Respectfully submitted

Dated: February 24, 2021

Lawrence P. Sumski,
Chapter 13 Trustee
PO Box 329
Manchester, NH 03105-0329
(603) 626-8899
ID# BNH01460

On this the 24th day of February, 2021 before me, personally appeared Lawrence P. Sumski satisfactorily proven to be the person whose name is subscribed to the within instrument and acknowledged that he executed the same voluntarily and for the purposes therein contained.

Before me,

/s/ Karen A. Clemens

Notary Public

*Karen A. Clemens — STATE OF NEW HAMPSHIRE — MY COMMISSION EXPIRES February 19, 2025 — NOTARY PUBLIC*

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 24th day of February, 2021, a copy of the foregoing Affidavit of Unclaimed Funds was forwarded, by first class mail to Richard and Jennifer Cutter at 19 Blake Mountain Road, Thornton, NH  03285, Debtors' Attorney, and the Office of the U.S. Trustee.

Dated:  February 24, 2021           /s/ Lawrence P. Sumski
                                    Lawrence P. Sumski